DM/USAO#2019R00092

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 FEB 15

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. DKC-19-059 |
| v. | * | |
| | * | (Felon in Possession of a Firearm, |
| MARLYN NELSON | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| | * | 18 U.S.C. § 924(d), 28 U.S.C. |
| Defendant. | * | § 2461(c)) |

*******

## INDICTMENT

### COUNT ONE
### (Felon in Possession of Firearm)

The Grand Jury for the District of Maryland charges:

On or about September 12, 2018, in the District of Maryland, the defendant,

**MARLYN NELSON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Velocity Firearms, VMAC9, 9 millimeter caliber semiautomatic pistol, serial number PV10750, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendant's convictions under Count One of this Indictment.

2. As a result of the offense set forth in Count One of this Indictment, the defendant,

**MARLYN NELSON,**

shall forfeit to the United States the firearm identified in Count One and involved in that offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

_____
Foreperson

2/7/19
Date