CJF7.9.19
ZBS: USAO#2019R00092

FILED
USDC COURT
DISTRICT OF MARYLAND

2019 JUL 17 PM 3: 33

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **MARLYN NELSON,** | * | CRIMINAL NO. RDB-19-0059 |
| | * | (Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)) |
| Defendant. | * | |
| | * | |

...oOo...

### SUPERSEDING CRIMINAL INFORMATION

The United States Attorney charges:

On or about September 12, 2018, in the District of Maryland, the defendant,

**MARLYN NELSON**

did knowingly possess a firearm, to wit: a Velocity Firearms, VMAC9, 9 millimeter caliber semiautomatic pistol with serial number PV10750, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances as that term is defined in Title 21, United States Code, Section 841.

18 U.S.C. § 924(c)

_Robert K. Hur /ZBS_
Robert K. Hur
United States Attorney